| | |
|---|---|
| Debtor 1 | Natashia T. Swindler |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: Middle District of Florida | |
| Case number  3:17-bk-02469-PMG | |
| (If known) | |

**F I L E D**
JACKSONVILLE, FLORIDA

JUL 17 2017

CLERK, U. S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

☐ Check if this is an amended filing

## Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information   12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:   Summarize Your Assets

| | Your assets Value of what you own |
|---|---|
| 1. *Schedule A/B: Property* (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from *Schedule A/B*............................................................ | $ 0 |
| 1b. Copy line 62, Total personal property, from *Schedule A/B*.................................................. | $ 1760.00 |
| 1c. Copy line 63, Total of all property on *Schedule A/B* ........................................................... | $ 1760. |

### Part 2:   Summarize Your Liabilities

| | Your liabilities Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D*............ | $ 0 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*............................................ | $ 0 |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F* ...................................... | + $ 51,129.00 |
| **Your total liabilities** | $ 51,129.00 |

### Part 3:   Summarize Your Income and Expenses

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I) | |
| Copy your combined monthly income from line 12 of *Schedule I*.................................................................... | $ 2,533.13 |
| 5. *Schedule J: Your Expenses* (Official Form 106J) | |
| Copy your monthly expenses from line 22c of *Schedule J* ........................................................................ | $ 2,763.00 |

Debtor 1    Natashia T. Swindler            Case number *(if known)*    3:17-bk-02469-PMG
       First Name     Middle Name     Last Name

## Part 4:   Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ☒ Yes

7. **What kind of debt do you have?**

   ☒ Your debts are primarily consumer debts. *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☐ Your debts are not primarily consumer debts. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. From the *Statement of Your Current Monthly Income:* Copy your total current monthly income from Official Form 122A-1 Line 11; OR, Form 122B Line 11; OR, Form 122C-1 Line 14.

   $ __3,604.82__

9. Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F:*

   | | Total claim |
   |---|---|
   | From Part 4 on *Schedule E/F*, copy the following: | |
   | 9a. Domestic support obligations (Copy line 6a.) | $ 0 |
   | 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 0 |
   | 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0 |
   | 9d. Student loans. (Copy line 6f.) | $ 0 |
   | 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0 |
   | 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + $ 0 |
   | 9g. Total. Add lines 9a through 9f. | $ 0 |

Fill in this information to identify your case:

Debtor 1        Natashia T. Swindler
                First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing)  First Name      Middle Name          Last Name

United States Bankruptcy Court for the:    Middle    District of    Florida

Case number    3:17-bk-02469-PMG

☐ Check if this is an
amended filing

## Official Form 106A/B

# Schedule A/B: Property                                                                 12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest in

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

☑ No. Go to Part 2.
☐ Yes. Where is the property?

1.1. _____
Street address, if available, or other description

_____

_____

City          State    ZIP Code

_____
County

**What is the property?** Check all that apply.
☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other_____

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?    Current value of the portion you own?

$_____    $_____

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

_____

☐ Check if this is community property (see instructions)

If you own or have more than one, list here:

1.2. _____
Street address, if available, or other description

_____

_____

City          State    ZIP Code

_____
County

**What is the property?** Check all that apply.
☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other_____

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?    Current value of the portion you own?

$_____    $_____

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

_____

☐ Check if this is community property (see instructions)

Debtor 1    Natashia T. Swindler

First Name    Middle Name    Last Name

Case number (if known) _____ 3:17-bk-02469-PMG

1.3. _____

Street address, if available, or other description

_____

_____

City            State    ZIP Code

_____

County

**What is the property?** Check all that apply.

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?    Current value of the portion you own?

$_____    $_____

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

_____

☐ Check if this is community property (see instructions)

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here. .................................➔    $ 0

---

**Part 2:    Describe Your Vehicles**

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles

☐ No
☒ Yes

3.1.    Make:    Ford
        Model:    F150
        Year:    1999
        Approximate mileage:    257,000
        Other information:
        _____

**Who has an interest in the property?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?    Current value of the portion you own?

$ 800.00    $ 0

If you own or have more than one, describe here:

3.2.    Make:    _____
        Model:    _____
        Year:    _____
        Approximate mileage:    _____
        Other information:
        _____

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?    Current value of the portion you own?

$_____    $_____

Debtor 1    Natashia T. Swindler

First Name    Middle Name    Last Name

3.3.    Make: _____

Model: _____

Year: _____

Approximate mileage: _____

Other information:

```
┌─────────────────────────┐
│                         │
└─────────────────────────┘
```

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**     **Current value of the portion you own?**

$_____     $_____

3.4.    Make: _____

Model: _____

Year: _____

Approximate mileage: _____

Other information:

```
┌─────────────────────────┐
│                         │
└─────────────────────────┘
```

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**     **Current value of the portion you own?**

$_____     $_____

4.    **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**

*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☒ No
☐ Yes

4.1.    Make: _____

Model: _____

Year: _____

Other information:

```
┌─────────────────────────┐
│                         │
└─────────────────────────┘
```

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**     **Current value of the portion you own?**

$_____     $_____

If you own or have more than one, list here:

4.2.    Make: _____

Model: _____

Year: _____

Other information:

```
┌─────────────────────────┐
│                         │
└─────────────────────────┘
```

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**     **Current value of the portion you own?**

$_____     $_____

5.    **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here** ................................................................➔

$   800.00

Debtor 1  _Natashia T. Swindle_        Case number (if known) 3:17-bk-02460-PMG
First Name   Middle Name   Last Name

| Part 3: | Describe Your Personal and Household Items |
|---|---|

Do you own or have any legal or equitable interest in any of the following items?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ☒ Yes. Describe.........        Furniture                           $ 500.00

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ☒ Yes. Describe...........        TV                                $ 150.00

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ☒ No
   ☐ Yes. Describe..........                                           $ _____

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ☒ No
   ☐ Yes. Describe..........                                           $ _____

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ☒ No
    ☐ Yes. Describe..........                                          $ _____

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ☒ Yes. Describe..........        Clothes                          $ 250.00

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☐ No
    ☒ Yes. Describe...........       Costume                          $ 60.00

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ☒ No
    ☐ Yes. Describe..........                                          $ _____

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ☒ No
    ☐ Yes. Give specific information. ..............                   $ _____

15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ....................➔   $ 960.00

Debtor 1    Natashia T. Swindler
_____
First Name    Middle Name    Last Name

Case number (if known)    3:127-bk-02469-PMG
_____

## Part 4:    Describe Your Financial Assets

Do you own or have any legal or equitable interest in any of the following?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

### 16. Cash
*Examples: Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition*

☒ No
❑ Yes ............................................................................................................    Cash: ...............    $ _____0_____

### 17. Deposits of money
*Examples: Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.*

❑ No
☒ Yes ....................    Institution name:

| | | |
|---|---|---|
| 17.1. Checking account: | First Florida Credit Union | $ _____0_____ |
| 17.2. Checking account: | _____ | $ _____ |
| 17.3. Savings account: | _____ | $ _____ |
| 17.4. Savings account: | _____ | $ _____167.00_____ |
| 17.5. Certificates of deposit: | _____ | $ _____ |
| 17.6. Other financial account: | _____ | $ _____ |
| 17.7. Other financial account: | _____ | $ _____ |
| 17.8. Other financial account: | _____ | $ _____ |
| 17.9. Other financial account: | _____ | $ _____ |

### 18. Bonds, mutual funds, or publicly traded stocks
*Examples: Bond funds, investment accounts with brokerage firms, money market accounts*

☒ No
❑ Yes ................    Institution or issuer name:

_____    $ _____
_____    $ _____
_____    $ _____

### 19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture

☒ No    Name of entity:    % of ownership:
❑ Yes. Give specific information about them....................

_____    0% ____%    $ _____
_____    0% ____%    $ _____
_____    0% ____%    $ _____

Debtor 1   Natashia T. Swindler                          Case number (if known) 3:17-bk-02469-PMG
           First Name   Middle Name   Last Name

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☒ No

☐ Yes. Give specific    Issuer name:
information about
them.....................   _____   $_____
                          _____   $_____
                          _____   $_____

**21. Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☐ No

☒ Yes. List each    Type of account:   Institution name:
account separately.

                   401(k) or similar plan:   _____   $_____

                   Pension plan:   _____   $_____

                   IRA:   _____   $_____

                   Retirement account:   I have retirement through my job don't know how much   $ unknown

                   Keogh:   _____   $_____

                   Additional account:   _____   $_____

                   Additional account:   _____   $_____

**22. Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications
companies, or others

☒ No

☐ Yes ...........................    Institution name or individual:

                   Electric:   _____   $_____

                   Gas:   _____   $_____

                   Heating oil:   _____   $_____

                   Security deposit on rental unit   _____   $_____

                   Prepaid rent:   _____   $_____

                   Telephone:   _____   $_____

                   Water:   _____   $_____

                   Rented furniture:   _____   $_____

                   Other:   _____   $_____

**23. Annuities (A contract for a periodic payment of money to you, either for life or for a number of years)**

☒ No

☐ Yes ...........................    Issuer name and description:

                   _____   $_____
                   _____   $_____
                   _____   $_____

Debtor 1  Natashia T. Swindler    Case number (if known) 3:17-bk-02469-PMG

First Name    Middle Name    Last Name

24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☒ No
☐ Yes .................................    Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

| | $_____ |
| | $_____ |
| | $_____ |

25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit

☒ No
☐ Yes. Give specific information about them....    $_____

26. Patents, copyrights, trademarks, trade secrets, and other intellectual property
Examples: Internet domain names, websites, proceeds from royalties and licensing agreements

☒ No
☐ Yes. Give specific information about them....    $_____

27. Licenses, franchises, and other general intangibles
Examples: Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☒ No
☐ Yes. Give specific information about them....    $_____

**Money or property owed to you?**    Current value of the portion you own?
Do not deduct secured claims or exemptions.

28. Tax refunds owed to you

☒ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years. .......................    Federal:    $_____
State:    $_____
Local:    $_____

29. Family support
Examples: Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☒ No
☐ Yes. Give specific information.............    Alimony:    $_____
Maintenance:    $_____
Support:    $_____
Divorce settlement:    $_____
Property settlement:    $_____

30. Other amounts someone owes you
Examples: Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☒ No
☐ Yes. Give specific information.............    $_____

Debtor 1    Natashia T. Swindler

First Name    Middle Name    Last Name

Case number (if known)    3:17-bk-002469-PMG

**31. Interests in insurance policies**

*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☒ No

☐ Yes. Name the insurance company of each policy and list its value. ...

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| | | $_____ |
| | | $_____ |
| | | $_____ |

**32. Any interest in property that is due you from someone who has died**

If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

☒ No

☐ Yes. Give specific information............

$_____

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☒ No

☐ Yes. Describe each claim. ............

$_____

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☒ No

☐ Yes. Describe each claim. ............

$_____

**35. Any financial assets you did not already list**

☒ No

☐ Yes. Give specific information............

$_____

**36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here ...........................** ➔

$ 167.00

---

**Part 5:    Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.**

**37. Do you own or have any legal or equitable interest in any business-related property?**

☐ No. Go to Part 6.

☒ Yes. Go to line 38.

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**38. Accounts receivable or commissions you already earned**

☒ No

☐ Yes. Describe.......

$_____

**39. Office equipment, furnishings, and supplies**

*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☐ No

☒ Yes. Describe.......

$_____

Debtor 1  Natashia T. Swindler

First Name    Middle Name    Last Name

Case number (if known)  3:17-bk-02469PMG

**40. Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☒ No
☐ Yes. Describe...... _____  $_____

**41. Inventory**

☒ No
☐ Yes. Describe...... _____  $_____

**42. Interests in partnerships or joint ventures**

☒ No
☐ Yes. Describe......

| Name of entity: | % of ownership: | |
|---|---|---|
| _____ | _____ % | $_____ |
| _____ | _____ % | $_____ |
| _____ | _____ % | $_____ |

**43. Customer lists, mailing lists, or other compilations**

☒ No
☐ Yes. Do your lists include personally identifiable information (as defined in 11 U.S.C. § 101(41A))?

☐ No
☐ Yes. Describe. ...... _____  $_____

**44. Any business-related property you did not already list**

☒ No
☐ Yes. Give specific
information .........

_____  $_____
_____  $_____
_____  $_____
_____  $_____
_____  $_____
_____  $_____

**45. Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached
for Part 5. Write that number here** .................................................................➔ $____0____

**Part 6:    Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.**

**46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☒ No. Go to Part 7.
☐ Yes. Go to line 47.

Current value of the
portion you own?
Do not deduct secured claims
or exemptions.

**47. Farm animals**

*Examples:* Livestock, poultry, farm-raised fish

☒ No
☐ Yes ...................

_____  $_____

Debtor 1  Natashia T. Swindler
First Name  Middle Name  Last Name

Case number (if known)  3:17-bk-02469-PMG

48. Crops—either growing or harvested

☒ No
☐ Yes. Give specific information ............

$ _____

49. Farm and fishing equipment, implements, machinery, fixtures, and tools of trade

☒ No
☐ Yes ......................

$ _____

50. Farm and fishing supplies, chemicals, and feed

☒ No
☐ Yes ......................

$ _____

51. Any farm- and commercial fishing-related property you did not already list

☒ No
☐ Yes. Give specific information ............

$ _____

52. Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here ............ ➔ | $ 0 |

---

## Part 7:   Describe All Property You Own or Have an Interest in That You Did Not List Above

53. Do you have other property of any kind you did not already list?
*Examples: Season tickets, country club membership*

☒ No
☐ Yes. Give specific information ............

$ _____
$ _____
$ _____

54. Add the dollar value of all of your entries from Part 7. Write that number here ............ ➔ | $ 0 |

---

## Part 8:   List the Totals of Each Part of this Form

55. Part 1: Total real estate, line 2 ............ ➔ $ 0

56. Part 2: Total vehicles, line 5         $ 800.00

57. Part 3: Total personal and household items, line 15    $ 960.00

58. Part 4: Total financial assets, line 36    $ 167.00

59. Part 5: Total business-related property, line 45    $ _____

60. Part 6: Total farm- and fishing-related property, line 52    $ _____

61. Part 7: Total other property not listed, line 54    + $ _____

62. Total personal property. Add lines 56 through 61. ............    $ 1,927.00    Copy personal property total ➔ + $ 1,927.00

63. Total of all property on Schedule A/B. Add line 55 + line 62 ............    $ 1,927.00

| Debtor 1 | Natashia T. Swindler | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: __Middle__ District of __Florida__

Case number (if known): 3:17-bk-02469-PMG

☐ Check if this is an amended filing

## Official Form 106C
# Schedule C: The Property You Claim as Exempt

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

### Part 1:   Identify the Property You Claim as Exempt

1. Which set of exemptions are you claiming? *Check one only, even if your spouse is filing with you.*
   ☐ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☑ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. For any property you list on Schedule A/B that you claim as exempt, fill in the information below.

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own Copy the value from *Schedule A/B* | Amount of the exemption you claim *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: Furniture<br>Line from *Schedule A/B*: _____ | $ 500.00 | ☑ $ 500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Fl Const Art 10 |
| Brief description: Clothes<br>Line from *Schedule A/B*: _____ | $ 250.00 | ☑ $ 250.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Fl Const Art 10 |
| Brief description: 1999 Ford F150<br>Line from *Schedule A/B*: _____ | $ 800.00 | ☐ $ 800.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Fl Const Art 10 |

3. Are you claiming a homestead exemption of more than $155,675?
   (Subject to adjustment on 4/01/16 and every 3 years after that for cases filed on or after the date of adjustment.)
   ☑ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
      ☐ No
      ☐ Yes

Debtor 1    Natashia T. Swindler                                     Case number (if known)    3:17-bk-02469-PMG
            First Name    Middle Name    Last Name

## Part 2:    Additional Page

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>Check only one box for each exemption | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: TV<br>Line from *Schedule A/B*: ——— | $ 150.00 | ☒ $ 150.00<br>☐ 100% of fair market value, up to any applicable statutory limit | FI Const Art 10 |
| Brief description: Costume Jewerly<br>Line from *Schedule A/B*: ——— | $ 60.00 | ☒ $ 60.00<br>☐ 100% of fair market value, up to any applicable statutory limit | FI Const Art 10 |
| Brief description: ———<br>Line from *Schedule A/B*: ——— | $——— | ☐ $———<br>☐ 100% of fair market value, up to any applicable statutory limit | ——— |
| Brief description: ———<br>Line from *Schedule A/B*: ——— | $——— | ☐ $———<br>☐ 100% of fair market value, up to any applicable statutory limit | ——— |
| Brief description: ———<br>Line from *Schedule A/B*: ——— | $——— | ☐ $———<br>☐ 100% of fair market value, up to any applicable statutory limit | ——— |
| Brief description: ———<br>Line from *Schedule A/B*: ——— | $——— | ☐ $———<br>☐ 100% of fair market value, up to any applicable statutory limit | ——— |
| Brief description: ———<br>Line from *Schedule A/B*: ——— | $——— | ☐ $———<br>☐ 100% of fair market value, up to any applicable statutory limit | ——— |
| Brief description: ———<br>Line from *Schedule A/B*: ——— | $——— | ☐ $———<br>☐ 100% of fair market value, up to any applicable statutory limit | ——— |
| Brief description: ———<br>Line from *Schedule A/B*: ——— | $——— | ☐ $———<br>☐ 100% of fair market value, up to any applicable statutory limit | ——— |
| Brief description: ———<br>Line from *Schedule A/B*: ——— | $——— | ☐ $———<br>☐ 100% of fair market value, up to any applicable statutory limit | ——— |
| Brief description: ———<br>Line from *Schedule A/B*: ——— | $——— | ☐ $———<br>☐ 100% of fair market value, up to any applicable statutory limit | ——— |
| Brief description: ———<br>Line from *Schedule A/B*: ——— | $——— | ☐ $———<br>☐ 100% of fair market value, up to any applicable statutory limit | ——— |

| Debtor 1 | Natashia T. Swindler | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: _____ District of _____

Case number: 3:17-bk-02469-PMG
(if known)

☐ Check if this is an amended filing

## Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. Do any creditors have claims secured by your property?
   ☑ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

### Part 1:   List All Secured Claims

2. List all secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim | Column C Unsecured portion If any |
|---|---|---|---|

**2.1**

Creditor's Name

Number   Street

City   State   ZIP Code

Describe the property that secures the claim: $_____  $_____  $ 0

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____    Last 4 digits of account number __ __ __ __

**2.2**

Creditor's Name

Number   Street

City   State   ZIP Code

Describe the property that secures the claim: $_____  $_____  $_____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____    Last 4 digits of account number _____

Add the dollar value of your entries in Column A on this page. Write that number here: $_____

| Debtor 1 | Natashia T. Swindler | | | Case number *(if known)* | 3:17-bk-02469-PMG |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| Part 1: | **Additional Page**<br>After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | **Column A**<br>Amount of claim<br>Do not deduct the value of collateral. | **Column B**<br>Value of collateral that supports this claim | **Column C**<br>Unsecured portion<br>If any |
|---|---|---|---|---|

☐

**Creditor's Name**

**Number      Street**

**City                         State    ZIP Code**

**Who owes the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Date debt was incurred** _____

**Describe the property that secures the claim:**     $_____    $_____    $_____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Last 4 digits of account number** ___ ___ ___ ___

---

☐

**Creditor's Name**

**Number      Street**

**City                         State    ZIP Code**

**Who owes the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Date debt was incurred** _____

**Describe the property that secures the claim:**     $_____    $_____    $_____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Last 4 digits of account number** ___ ___ ___ ___

---

☐

**Creditor's Name**

**Number      Street**

**City                         State    ZIP Code**

**Who owes the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Date debt was incurred** _____

**Describe the property that secures the claim:**     $_____    $_____    $_____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Last 4 digits of account number** ___ ___ ___ ___

---

**Add the dollar value of your entries in Column A on this page. Write that number here:**     $ 0

**If this is the last page of your form, add the dollar value totals from all pages. Write that number here:**     $ 0

| | | | |
|---|---|---|---|
| Debtor 1 | Natashia T. Swindler | | |
| | First Name          Middle Name          Last Name | | |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name          Middle Name          Last Name | | |
| United States Bankruptcy Court for the: Middle District of Florida | | | |
| Case number (If known) | 3:17-bk-02469-PMG | | |

☐ Check if this is an amended filing

## Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

### Part 1: List All of Your PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims against you?
   ☒ No. Go to Part 2.
   ☐ Yes.

2. List all of your priority unsecured claims. If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

**2.1**

Priority Creditor's Name

Number          Street

City          State          ZIP Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number __ __ __ __    $_____  $_____  $_____

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of PRIORITY unsecured claim:
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**2.2**

Priority Creditor's Name

Number          Street

City          State          ZIP Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number __ __ __ __    $_____  $_____  $_____

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of PRIORITY unsecured claim:
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

Debtor 1   Natashia T. Swindler
First Name   Middle Name   Last Name
Case number (if known) 3:17-bk-02469-PMg

## Part 2:   List All of Your NONPRIORITY Unsecured Claims

3. Do any creditors have nonpriority unsecured claims against you?
☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
☒ Yes

4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim. If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

### 4.1  ACI
Nonpriority Creditor's Name
2420 Sweet Home Rd. Ste 150
Number   Street
Amherst, NY 14228
City   State   ZIP Code

Last 4 digits of account number  2  7  7  8
When was the debt incurred?   uknown
$ 695.00

Who incurred the debt? Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☒ No
☐ Yes

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  collection

### 4.2  CBNA
Nonpriority Creditor's Name
PO Box 6000
Number   Street
Sioux Falls, SD 57117
City   State   ZIP Code

Last 4 digits of account number  9  3  0  6
When was the debt incurred?   2017
$ 2,139.00

Who incurred the debt? Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☒ No
☐ Yes

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  Credit Card

### 4.3  Chase Bank USA. N.A.
Nonpriority Creditor's Name
PO Box 15077
Number   Street
Wilmington, DE 19866
City   State   ZIP Code

Last 4 digits of account number  0  4  5  9
When was the debt incurred?   5/17
$ unknown

Who incurred the debt? Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☒ No
☐ Yes

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  Credit Card

Debtor 1  Natashia T. Swindler
First Name   Middle Name   Last Name

Case number (if known)  3:17-bk-02469-PMG

**Part 2:**  **Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.    Total claim

---

Chase Card
Nonpriority Creditor's Name

PO Box 15298
Number     Street

Wilmington, DE 19850
City                State      ZIP Code

**Who incurred the debt? Check one.**
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number  unknown      $ unknown

When was the debt incurred?  unknown

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  Credit Card

---

Consumer Portolio Svc.
Nonpriority Creditor's Name

860 Greenbrier Cir.
Number     Street

Chesapeake, VA 23320
City                State      ZIP Code

**Who incurred the debt? Check one.**
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number  0 9 0 2      $ unknown

When was the debt incurred?  10/02

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  Repo

---

Duval County Record Office
Nonpriority Creditor's Name

501 W. Adam St.
Number     Street

Jacksonville, Florida 32202
City                State      ZIP Code

**Who incurred the debt? Check one.**
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number  3 7 5 9      $ 0

When was the debt incurred?  5/17

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  Recording Department

---

| Debtor 1 | Natashia T. Swindler | | Case number *(if known)* 3:17-bk-02469-PMG |
|---|---|---|---|
| | First Name   Middle Name   Last Name | | |

---

**Part 2:   Your NONPRIORITY Unsecured Claims -- Continuation Page**

---

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.                                  Total claim

**7** 

**Elan Financial Service**
Nonpriority Creditor's Name
824 N. 11th St.
Number      Street
St. Louis, MO 63101
City                              State       ZIP Code

**Who incurred the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   3  7  6  6
When was the debt incurred?   10/14

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☑ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Credit Card

$ 2,210.00

**8** 

**Enterprise Rent-A-Car/ Hiday & Ricke, P. A.**
Nonpriority Creditor's Name
PO Box 550858
Number      Street
Jacksonville, Fl 32255
City                              State       ZIP Code

**Who incurred the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   3  7  7  1
When was the debt incurred?   5/17

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Lawsuite

$ 41,390.00

**9** 

**08 Synchrony Bank**
Nonpriority Creditor's Name
PO Box 105972
Number      Street
Atlanta, GA 30348
City                              State       ZIP Code

**Who incurred the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   3  2  2  0
When was the debt incurred?   9/16

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Credit Card

$ 375.00

---

Debtor 1  Natashia T. Swindler
          First Name   Middle Name   Last Name

Case number shows  317-bk-02469-PMG

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.                    Total claim

**Paypal Credit**
Nonpriority Creditor's Name
PO Box 105658
Number      Street
Atlanta, GA 30348
City               State        ZIP Code

Last 4 digits of account number  2  4  7  8      $ 672.00

When was the debt incurred?  8/16

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Who incurred the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ Check if this claim is for a community debt

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Credit Card

Is the claim subject to offset?
☑ No
☐ Yes

---

**Portfolio Recovery Ass**
Nonpriority Creditor's Name
120 Corporate Boulevard
Number      Street
Norfolk, VA 23502
City               State        ZIP Code

Last 4 digits of account number  3  2  2  0      $ 0

When was the debt incurred?  9/16

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Who incurred the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ Check if this claim is for a community debt

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   collection

Is the claim subject to offset?
☑ No
☐ Yes

---

**Springleaf Financial Service/Thomas Lobello, III**
Nonpriority Creditor's Name
PO Box 4400
Number      Street
Jacksonville, Fl 32201
City               State        ZIP Code

Last 4 digits of account number  3759  _  _      $ 4,648.00

When was the debt incurred?  5/17

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

Who incurred the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ Check if this claim is for a community debt

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Credit Card

Is the claim subject to offset?
☑ No
☐ Yes

Debtor 1    Natashia T. Swindler ●
First Name    Middle Name    Last Name

Case number (if known) ● 3:17-bk-02469-PMg

## Part 4:    Add the Amounts for Each Type of Unsecured Claim

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159.
   Add the amounts for each type of unsecured claim.

**Total claim**

| | | | |
|---|---|---|---|
| Total claims from Part 1 | 6a. Domestic support obligations | 6a. | $_____ |
| | 6b. Taxes and certain other debts you owe the government | 6b. | $_____ |
| | 6c. Claims for death or personal injury while you were intoxicated | 6c. | $_____ |
| | 6d. Other. Add all other priority unsecured claims. Write that amount here. | 6d. + | $_____ |
| | 6e. Total. Add lines 6a through 6d. | 6e. | $        0 |

**Total claim**

| | | | |
|---|---|---|---|
| Total claims from Part 2 | 6f. Student loans | 6f. | $_____ |
| | 6g. Obligations arising out of a separation agreement or divorce that you did not report as priority claims | 6g. | $_____ |
| | 6h. Debts to pension or profit-sharing plans, and other similar debts | 6h. | $_____ |
| | 6i. Other. Add all other nonpriority unsecured claims. Write that amount here. | 6i. + | $  52,129.00 |
| | 6j. Total. Add lines 6f through 6i. | 6j. | $  52,129.00 |

| | |
|---|---|
| Debtor | **Natashia T. Swindler** |
| | First Name   Middle Name   Last Name |
| Debtor 2 | |
| (Spouse if filing) | First Name   Middle Name   Last Name |
| United States Bankruptcy Court for the: | **Middle** District of **Florida** |
| Case number (if known) | **3:17-bk-02469-PMG** |

☐ Check if this is an amended filing

## Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
   ☒ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone). See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|
| **2.1**   Dan Bellemy <br> Name <br> unknown <br> Number   Street <br><br> City   State   ZIP Code | Rental Lease |
| **2.2** <br> Name <br><br> Number   Street <br><br> City   State   ZIP Code | |
| **2.3** <br> Name <br><br> Number   Street <br><br> City   State   ZIP Code | |
| **2.4** <br> Name <br><br> Number   Street <br><br> City   State   ZIP Code | |
| **2.5** <br> Name <br><br> Number   Street <br><br> City   State   ZIP Code | |

| Debtor 1 | Natashia T. Swindler | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Middle  District of Florida

Case number  3:17-bk-02469-PMG
(If known)

☐ Check if this is an
amended filing

## Official Form 106H

## Schedule H: Your Codebtors                                        12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. Do you have any codebtors? (If you are filing a joint case, do not list either spouse as a codebtor.)

   ☒ No

   ☐ Yes

2. Within the last 8 years, have you lived in a community property state or territory? (Community property states and territories include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

   ☒ No. Go to line 3.

   ☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

      ☐ No

      ☐ Yes. In which community state or territory did you live? _____. Fill in the name and current address of that person.

      _____
      Name of your spouse, former spouse, or legal equivalent

      _____
      Number        Street

      _____
      City                        State            ZIP Code

3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.

   Column 1: Your codebtor

   Column 2: The creditor to whom you owe the debt

   Check all schedules that apply:

| 3.1 | _____ | ☐ Schedule D, line _____ |
| | Name | ☐ Schedule E/F, line _____ |
| | _____ | ☐ Schedule G, line _____ |
| | Number        Street | |
| | _____ | |
| | City                State        ZIP Code | |

| 3.2 | _____ | ☐ Schedule D, line _____ |
| | Name | ☐ Schedule E/F, line _____ |
| | _____ | ☐ Schedule G, line _____ |
| | Number        Street | |
| | _____ | |
| | City                State        ZIP Code | |

| 3.3 | _____ | ☐ Schedule D, line _____ |
| | Name | ☐ Schedule E/F, line _____ |
| | _____ | ☐ Schedule G, line _____ |
| | Number        Street | |
| | _____ | |
| | City                State        ZIP Code | |

| | | |
|---|---|---|
| Debtor 1 | Natashia T. Swindler | |
| | First Name          Middle Name          Last Name | |
| Debtor 2 | | |
| (Spouse, if filing) | First Name          Middle Name          Last Name | |
| United States Bankruptcy Court for the: | Middle District of Florida | |
| Case number (if known) | 3:17-bk-02469-PMg | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

MM / DD / YYYY

## Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional page, write your name and case number (if known). Answer every question.

## Part 1:    Describe Employment

1. Fill in your employment information.

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Employment status | ☑ Employed  ☐ Not employed | ☐ Employed  ☐ Not employed |
| | Occupation | Govt. Consultant | |
| | Employer's name | State Of Florida | |
| | Employer's address | 1851 Executive Cntr Dr. | |
| | | Number    Street | Number    Street |
| | | Jacksonville, Florida 32207 | |
| | | City        State    ZIP Code | City        State    ZIP Code |
| | How long employed there? | 21 years | |

## Part 2:    Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 2804.82 | $_____ |
| 3. | Estimate and list monthly overtime pay. | 3. | +$_____ | +$_____ |
| 4. | Calculate gross income. Add line 2 + line 3. | 4. | $ 2804.82 | $_____ |

Debtor 1    Natashia T. Swindler
First Name    Middle Name    Last Name

Case number (if known) 3:17-bk-02469-PMG

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here.....................................➔ | 4. | $ | $ |
| **5. List all payroll deductions:** | | | |
| 5a. Tax, Medicare, and Social Security deductions | 5a. | $ 496.15 | $ |
| 5b. Mandatory contributions for retirement plans | 5b. | $ | $ |
| 5c. Voluntary contributions for retirement plans | 5c. | $ 84.00 | $ |
| 5d. Required repayments of retirement fund loans | 5d. | $ | $ |
| 5e. Insurance | 5e. | $ 453.72 | $ |
| 5f. Domestic support obligations | 5f. | $ | $ |
| 5g. Union dues | 5g. | $ | $ |
| 5h. Other deductions. Specify: _____ | 5h. | +$ | +$ |
| 6. Add the payroll deductions. Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h. | 6. | $ 1,033.87 | $ |
| 7. Calculate total monthly take-home pay. Subtract line 6 from line 4. | 7. | $1,770.95 | $ |
| **8. List all other income regularly received:** | | | |
| 8a. Net income from rental property and from operating a business, profession, or farm | | | |
| Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ | $ |
| 8b. Interest and dividends | 8b. | $ | $ |
| 8c. Family support payments that you, a non-filing spouse, or a dependent regularly receive | | | |
| Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ | $ |
| 8d. Unemployment compensation | 8d. | $ | $ |
| 8e. Social Security | 8e. | $ | $ |
| 8f. Other government assistance that you regularly receive | | | |
| Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ Second Job | 8f. | $ 880.00 | $ |
| 8g. Pension or retirement income | 8g. | $ | $ |
| 8h. Other monthly income. Specify: _____ deductions | 8h. | +$ 117.82 | +$ |
| 9. Add all other income. Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. | 9. | $ 762.18 | $ |
| 10. Calculate monthly income. Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 2,533.13 + | $ 0 = $ 2,533.13 |

11. State all other regular contributions to the expenses that you list in *Schedule J*.

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.

Specify: _____    11. + $ 0

12. Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income.
Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information*, if it applies.    12. $ 2,533.00

Combined monthly income

13. Do you expect an increase or decrease within the year after you file this form?

☒ No.

☐ Yes. Explain: _____

| | |
|---|---|
| Debtor 1    Natashia T. Swindler | Check if this is: |
|       First Name    Middle Name    Last Name | ☐ An amended filing |
| Debtor 2    | ☐ A supplement showing postpetition chapter 13 |
| (Spouse, if filing)   First Name    Middle Name    Last Name |    expenses as of the following date: |
| United States Bankruptcy Court for the: Middle   District of Florida | _____ |
| Case number    3:17-bk-02469-PMG | MM / DD / YYYY |
| (If known) | |

## Official Form 106J

# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Your Household

1. Is this a joint case?

☒ No. Go to line 2.
☐ Yes. Does Debtor 2 live in a separate household?

     ☐ No
     ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

2. Do you have dependents?

Do not list Debtor 1 and Debtor 2.

Do not state the dependents' names.

☐ No
☒ Yes. Fill out this information for each dependent..................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Daughter | 20 | ☐ No   ☒ Yes |
| Daughter | 23 | ☐ No   ☒ Yes |
| _____ | _____ | ☐ No   ☐ Yes |
| _____ | _____ | ☐ No   ☐ Yes |
| _____ | _____ | ☐ No   ☐ Yes |

3. Do your expenses include expenses of people other than yourself and your dependents?

☒ No
☐ Yes

### Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J,* check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

|  | | Your expenses |
|---|---|---|
| 4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. | $ 950.00 |
| If not included in line 4: | | |
| 4a. Real estate taxes | 4a. | $_____ |
| 4b. Property, homeowner's, or renter's insurance | 4b. | $_____ |
| 4c. Home maintenance, repair, and upkeep expenses | 4c. | $_____ |
| 4d. Homeowner's association or condominium dues | 4d. | $_____ |

Debtor 1    Natashia T. Swindler                                    Case number (if known) 3:17-bk-02469-PMG
            First Name    Middle Name    Last Name

|  |  | Your expenses |
|---|---|---|
| 5. Additional mortgage payments for your residence, such as home equity loans | 5. | $_____ |
| 6. Utilities: |  |  |
| 6a. Electricity, heat, natural gas | 6a. | $ 313.00 |
| 6b. Water, sewer, garbage collection | 6b. | $_____ |
| 6c. Telephone, cell phone, internet, satellite, and cable services | 6c. | $ 50.00 |
| 6d. Other. Specify: IRS and Student Loan | 6d. | $ 110.00 |
| 7. Food and housekeeping supplies | 7. | $ 450.00 |
| 8. Childcare and children's education costs | 8. | $_____ |
| 9. Clothing, laundry, and dry cleaning | 9. | $_____ |
| 10. Personal care products and services | 10. | $ 300.00 |
| 11. Medical and dental expenses | 11. | $_____ |
| 12. Transportation. Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $ 350.00 |
| 13. Entertainment, clubs, recreation, newspapers, magazines, and books | 13. | $ 150.00 |
| 14. Charitable contributions and religious donations | 14. | $_____ |
| 15. Insurance. Do not include insurance deducted from your pay or included in lines 4 or 20. |  |  |
| 15a. Life insurance | 15a. | $_____ |
| 15b. Health insurance | 15b. | $_____ |
| 15c. Vehicle insurance | 15c. | $ 90.00 |
| 15d. Other insurance. Specify:_____ | 15d. | $_____ |
| 16. Taxes. Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. | $_____ |
| 17. Installment or lease payments: |  |  |
| 17a. Car payments for Vehicle 1 | 17a. | $_____ |
| 17b. Car payments for Vehicle 2 | 17b. | $_____ |
| 17c. Other. Specify:_____ | 17c. | $_____ |
| 17d. Other. Specify:_____ | 17d. | $_____ |
| 18. Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I). | 18. | $_____ |
| 19. Other payments you make to support others who do not live with you. Specify:_____ | 19. | $_____ |
| 20. Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income. |  |  |
| 20a. Mortgages on other property | 20a. | $_____ |
| 20b. Real estate taxes | 20b. | $_____ |
| 20c. Property, homeowner's, or renter's insurance | 20c. | $_____ |
| 20d. Maintenance, repair, and upkeep expenses | 20d. | $_____ |
| 20e. Homeowner's association or condominium dues | 20e. | $_____ |

Debtor 1    Natashia T. Swindler
First Name    Middle Name    Last Name

Case number (if known)    3:17-bk-02469-PMG

21.  Other. Specify: _____    21.  +$_____

22.  **Calculate your monthly expenses.**

22a. Add lines 4 through 21.    22a.  $    2,763.00

22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2    22b.  $    0

22c. Add line 22a and 22b. The result is your monthly expenses.    22c.  $    2,763.00

23.  **Calculate your monthly net income.**

23a.  Copy line 12 (*your combined monthly income*) from *Schedule I.*    23a.  $    2,533.13

23b.  Copy your monthly expenses from line 22c above.    23b.  −$    2,763.00

23c.  Subtract your monthly expenses from your monthly income.
The result is your *monthly net income.*    23c.  $    229.87

24.  **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your
mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☒ No.

☐ Yes.    Explain here:

Debtor 1    Natashia T. Swindler _____          Case number (*known*) 3:17-bk-02469-PMg
            First Name    Middle Name    Last Name


21.  Other. Specify: _____          21.  +$_____


22.  Your monthly expenses. Add lines 5 through 21.
     The result is the monthly expenses of Debtor 2. Copy the result to line 22b of Schedule J to calculate the
     total expenses for Debtor 1 and Debtor 2.                   22.  $_____2,763.00_____


23.  Line not used on this form.




24.  Do you expect an increase or decrease in your expenses within the year after you file this form?

     For example, do you expect to finish paying for your car loan within the year or do you expect your
     mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

     ☒ No.
     ☐ Yes.     Explain here:

| | | | |
|---|---|---|---|
| Debtor 1 | Natashia T. Swindler | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Middle   District of Florida

Case number
(If known)    3:17-bk-02469-PMG

☐ Check if this is an
amended filing

## Official Form 106Dec
# Declaration About an Individual Debtor's Schedules          12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☐ No

☒ Yes.  Name of person  Sandra Baker                                . Attach Bankruptcy Petition Preparer's Notice, Declaration, and
Signature (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X _____     X _____
Signature of Debtor 1                         Signature of Debtor 2

Date 07 / 14 / 2017                         Date _____
      MM / DD / YYYY                                 MM / DD / YYYY

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  Natashia T. Swindler                    ,          Case No.  3:17-bk-02469-PMG
                    **Debtor**                                              (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  July 14, 2017                    Signature:  _____
                                                                    Debtor

Date  _____          Signature:  _____
                                                              (Joint Debtor, if any)

[If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

Sandra Baker Manager                        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
Printed or Typed Name and Title, if any,        Social Security No.
of Bankruptcy Petition Preparer                 (Required by 11 U.S.C. § 110.)

If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.

1024 W. Edgewood Ave.

Jacksonville, Florida 32208
Address

X _____                        7/14/17
Signature of Bankruptcy Petition Preparer          Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (Total shown on summary page plus 1), and that they are true and correct to the best of my knowledge, information, and belief.

Date _____

                              Signature:  _____

                                          _____
                                          [Print or type name of individual signing on behalf of debtor.]

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

---

Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

| | |
|---|---|
| Debtor 1 | Natashia T. Swindler |
| | First Name    Middle Name    Last Name |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | Middle District of Florida |
| Case number (If known) | 3:17-bk-02469-PMG |

☐ Check if this is an amended filing

## Official Form 107

## Statement of Financial Affairs for Individuals Filing for Bankruptcy    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Give Details About Your Marital Status and Where You Lived Before

**1. What is your current marital status?**

☐ Married
☒ Not married

**2. During the last 3 years, have you lived anywhere other than where you live now?**

☒ No
☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| Number    Street | From _____ To _____ | Number    Street | From _____ To _____ |
| City    State    ZIP Code | | City    State    ZIP Code | |
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| Number    Street | From _____ To _____ | Number    Street | From _____ To _____ |
| City    State    ZIP Code | | City    State    ZIP Code | |

**3. Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☒ No
☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

### Part 2    Explain the Sources of Your Income

| Debtor 1 | Natashia T. Swindler | Case number (if known) | 3:17-bk-02469-PMG |
|---|---|---|---|
| | First Name   Middle Name   Last Name | | |

4. **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**

Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.

If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No

☒ Yes. Fill in the details.

Second Job 2017-4677.00
Second Job. 2016- 8,994.90
Second Job. 2015- 9,561.42

| | | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|---|
| | | Sources of income<br>Check all that apply. | Gross income<br>(before deductions and<br>exclusions) | Sources of income<br>Check all that apply. | Gross income<br>(before deductions and<br>exclusions) |
| From January 1 of current year until<br>the date you filed for bankruptcy: | | ☒ Wages, commissions,<br>bonuses, tips<br>☐ Operating a business | $ 18,231.33 | ☐ Wages, commissions,<br>bonuses, tips<br>☐ Operating a business | $_____ |
| For last calendar year:<br>(January 1 to December 31, 16 )<br> YYYY | | ☒ Wages, commissions,<br>bonuses, tips<br>☐ Operating a business | $ 33264.18 | ☐ Wages, commissions,<br>bonuses, tips<br>☐ Operating a business | $_____ |
| For the calendar year before that:<br>(January 1 to December 31, 15 )<br> YYYY | | ☐ Wages, commissions,<br>bonuses, tips<br>☐ Operating a business | $ 19,633.74 | ☐ Wages, commissions,<br>bonuses, tips<br>☐ Operating a business | $_____ |

5. **Did you receive any other income during this year or the two previous calendar years?**

Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☒ No

☐ Yes. Fill in the details.

| | | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|---|
| | | Sources of income<br>Describe below. | Gross income from<br>each source<br>(before deductions and<br>exclusions) | Sources of income<br>Describe below. | Gross income from<br>each source<br>(before deductions and<br>exclusions) |
| From January 1 of current year until<br>the date you filed for bankruptcy: | | _____<br>_____<br>_____ | $_____<br>$_____<br>$_____ | _____<br>_____<br>_____ | $_____<br>$_____<br>$_____ |
| For last calendar year:<br>(January 1 to December 31, ____ )<br> YYYY | | _____<br>_____<br>_____ | $_____<br>$_____<br>$_____ | _____<br>_____<br>_____ | $_____<br>$_____<br>$_____ |
| For the calendar year before that:<br>(January 1 to December 31, ____ )<br> YYYY | | _____<br>_____<br>_____ | $_____<br>$_____<br>$_____ | _____<br>_____<br>_____ | $_____<br>$_____<br>$_____ |

| Debtor 1 | Natashia T. Swindler | | | Case number *(if known)* | 3:17-bk-02469-PMG |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

**Part 3:**  **List Certain Payments You Made Before You Filed for Bankruptcy**

6.  Are either Debtor 1's or Debtor 2's debts primarily consumer debts?

☐ **No.**  Neither Debtor 1 nor Debtor 2 has primarily consumer debts. *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,225* or more?

☒ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $6,225* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

\* Subject to adjustment on 4/01/16 and every 3 years after that for cases filed on or after the date of adjustment.

☒ **Yes.** Debtor 1 or Debtor 2 or both have primarily consumer debts.

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☒ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for... |
|---|---|---|---|---|
| Creditor's Name _____ | _____ | $_____ | $_____ | ☐ Mortgage |
| | | | | ☐ Car |
| Number    Street _____ | _____ | | | ☐ Credit card |
| _____ | | | | ☐ Loan repayment |
| _____ | | | | ☐ Suppliers or vendors |
| City          State        ZIP Code | | | | ☐ Other _____ |
| Creditor's Name _____ | | $_____ | $_____ | ☐ Mortgage |
| | | | | ☐ Car |
| Number    Street _____ | | | | ☐ Credit card |
| _____ | | | | ☐ Loan repayment |
| _____ | | | | ☐ Suppliers or vendors |
| City          State        ZIP Code | | | | ☐ Other _____ |
| Creditor's Name _____ | | $_____ | $_____ | ☐ Mortgage |
| | | | | ☐ Car |
| Number    Street _____ | | | | ☐ Credit card |
| _____ | | | | ☐ Loan repayment |
| _____ | | | | ☐ Suppliers or vendors |
| City          State        ZIP Code | | | | ☐ Other _____ |

| Debtor 1 | Natashia T. Swindler | | Case number (if known) | 3:17-bk-02469-PMG |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☒ No
☐ Yes. List all payments to an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| Insider's Name | _____ | $_____ | $_____ | |
| Number    Street | _____ | | | |
| | _____ | | | |
| City    State    ZIP Code | | | | |
| Insider's Name | _____ | $_____ | $_____ | |
| Number    Street | _____ | | | |
| | _____ | | | |
| City    State    ZIP Code | | | | |

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

☒ No
☐ Yes. List all payments that benefited an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|
| Insider's Name | _____ | $_____ | $_____ | |
| Number    Street | _____ | | | |
| | _____ | | | |
| City    State    ZIP Code | | | | |
| Insider's Name | _____ | $_____ | $_____ | |
| Number    Street | _____ | | | |
| | _____ | | | |
| City    State    ZIP Code | | | | |

Debtor 1 __Natashia T. Swindler__
First Name   Middle Name   Last Name

Case number (if known) 3:17-bk-02469-PMG

## Part 4:   Identify Legal Actions, Repossessions, and Foreclosures

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
   List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

   ☐ No
   ☒ Yes. Fill in the details.

| | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Case title __Garnishment__ | | Duval County Jacksonville, <br> Court Name <br> 501 W Adam St. <br> Number   Street | ☐ Pending <br> ☐ On appeal <br> ☒ Concluded |
| Case number __16-2015-SC003759__ | | Jacksonville, Florida 32202 <br> City   State   ZIP Code | |
| Case title __Judgment__ | | Duval County Jacksonville, <br> Court Name <br> 501 W. Adam St. <br> Number   Street | ☐ Pending <br> ☐ On appeal <br> ☒ Concluded |
| Case number __02-0377-CA__ | | Jacksonville, Florida 32202 <br> City   State   ZIP Code | |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
    Check all that apply and fill in the details below.

    ☒ No.  Go to line 11.
    ☐ Yes. Fill in the information below.

| | Describe the property | Date | Value of the property |
|---|---|---|---|
| Creditor's Name | | _____ | $_____ |
| Number   Street | | | |
| | **Explain what happened** | | |
| | ☐ Property was repossessed. | | |
| | ☐ Property was foreclosed. | | |
| City   State   ZIP Code | ☐ Property was garnished. | | |
| | ☐ Property was attached, seized, or levied. | | |
| | Describe the property | Date | Value of the property |
| Creditor's Name | | _____ | $_____ |
| Number   Street | | | |
| | **Explain what happened** | | |
| | ☐ Property was repossessed. | | |
| | ☐ Property was foreclosed. | | |
| City   State   ZIP Code | ☐ Property was garnished. | | |
| | ☐ Property was attached, seized, or levied. | | |

Debtor 1    Natashia T. Swindler
_First Name_ _Middle Name_ _Last Name_

Case number (if known) 3:17-bk-02469-PMG

11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?

☒ No
☐ Yes. Fill in the details.

| | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|
| _____ Creditor's Name | | | |
| _____ Number   Street | | _____ | $_____ |
| _____ | | | |
| _____ City                State   ZIP Code | Last 4 digits of account number: XXXX-___ ___ ___ ___ | | |

12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?

☒ No
☐ Yes

<div style="background:black;color:white">Part 5:    List Certain Gifts and Contributions</div>

13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?

☒ No
☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| _____ Person to Whom You Gave the Gift | | _____ | $_____ |
| _____ | | _____ | $_____ |
| _____ Number   Street | | | |
| _____ City               State   ZIP Code | | | |
| Person's relationship to you _____ | | | |
| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
| _____ Person to Whom You Gave the Gift | | _____ | $_____ |
| _____ | | _____ | $_____ |
| _____ Number   Street | | | |
| _____ City               State   ZIP Code | | | |
| Person's relationship to you _____ | | | |

| Debtor 1 | Natashia T. Swindler | Case number *(if known)* | 3:17-bk-02469-PMG |
|---|---|---|---|
| | First Name   Middle Name   Last Name | | |

**14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☒ No

☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|
| _____ Charity's Name | | _____ | $ _____ |
| _____ | | _____ | $ _____ |
| _____ Number   Street | | | |
| _____ City      State      ZIP Code | | | |

---

**Part 6.    List Certain Losses**

**15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☒ No

☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br><br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|
| | | _____ | $ _____ |

---

**Part 7.    List Certain Payments or Transfers**

**16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**

Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☒ No

☐ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| _____ Person Who Was Paid | | | |
| _____ Number   Street | | _____ | $ _____ |
| _____ | | _____ | $ _____ |
| _____ City      State      ZIP Code | | | |
| _____ Email or website address | | | |
| _____ Person Who Made the Payment, if Not You | | | |

---

Debtor 1    Natashia T. Swindler
            First Name    Middle Name    Last Name

Case number *(if known)*    3:17-bk-02469-PMG

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Person Who Was Paid | | _____ | $_____ |
| Number   Street | | _____ | $_____ |
| City         State    ZIP Code | | | |
| Email or website address | | | |
| Person Who Made the Payment, if Not You | | | |

17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?
Do not include any payment or transfer that you listed on line 16.

☒ No
☐ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Person Who Was Paid | | _____ | $_____ |
| Number   Street | | _____ | $_____ |
| City         State    ZIP Code | | | |

18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property).
Do not include gifts and transfers that you have already listed on this statement.

☒ No
☐ Yes. Fill in the details.

| | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Person Who Received Transfer | | | |
| Number   Street | | | _____ |
| City         State    ZIP Code | | | |
| Person's relationship to you _____ | | | |
| Person Who Received Transfer | | | |
| Number   Street | | | _____ |
| City         State    ZIP Code | | | |
| Person's relationship to you _____ | | | |

Debtor 1    Natashia T. Swindler

First Name    Middle Name    Last Name

Case number (if known) 3:17-bk-02469-PMG

19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary? (These are often called asset-protection devices.)

☒ No
❏ Yes. Fill in the details.

| | Description and value of the property transferred | Date transfer was made |
|---|---|---|
| Name of trust _____ | | _____ |
| _____ | | |

---

**Part 8:    List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units**

20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☒ No
❏ Yes. Fill in the details.

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| Name of Financial Institution _____ | XXXX–___ ___ ___ ___ | ❏ Checking ❏ Savings ❏ Money market ❏ Brokerage ❏ Other_____ | _____ | $_____ |
| Number   Street _____ | | | | |
| _____ | | | | |
| City       State   ZIP Code | | | | |
| Name of Financial Institution _____ | XXXX–___ ___ ___ ___ | ❏ Checking ❏ Savings ❏ Money market ❏ Brokerage ❏ Other_____ | _____ | $_____ |
| Number   Street _____ | | | | |
| _____ | | | | |
| City       State   ZIP Code | | | | |

21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?

☒ No
❏ Yes. Fill in the details.

| | Who else had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| Name of Financial Institution _____ | Name _____ | | ❏ No ❏ Yes |
| Number   Street _____ | Number   Street _____ | | |
| _____ | City     State   ZIP Code | | |
| City       State   ZIP Code | | | |

Debtor 1    Natashia T. Swindler                                    Case number (if known) 3:17-bk-02469-PMG
            First Name    Middle Name    Last Name

22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?

☒ No
☐ Yes. Fill in the details.

|  | Who else has or had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
|  |  |  | ☐ No |
|  |  |  | ☐ Yes |
| Name of Storage Facility | Name |  |  |
| Number   Street | Number   Street |  |  |
|  | City State  ZIP Code |  |  |
| City          State    ZIP Code |  |  |  |

## Part 9:    Identify Property You Hold or Control for Someone Else

23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.

☒ No
☐ Yes. Fill in the details.

|  | Where is the property? | Describe the property | Value |
|---|---|---|---|
| Owner's Name |  |  | $_____ |
| Number   Street | Number   Street |  |  |
|  |  |  |  |
| City        State   ZIP Code | City            State   ZIP Code |  |  |

## Part 10:    Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?

☒ No
☐ Yes. Fill in the details.

|  | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
|  |  |  | _____ |
| Name of site | Governmental unit |  |  |
| Number   Street | Number   Street |  |  |
|  | City         State   ZIP Code |  |  |
| City         State   ZIP Code |  |  |  |

| Debtor 1 | Natashia T. Swindler | | | Case number (*if known*) | 3:17-bk-02469-PMG |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

25. Have you notified any governmental unit of any release of hazardous material?

☒ No
☐ Yes. Fill in the details.

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| Name of site | Governmental unit | | |
| Number   Street | Number   Street | | |
| | City                State   ZIP Code | | |
| City                State   ZIP Code | | | |

26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

☒ No
☐ Yes. Fill in the details.

| | Court or agency | Nature of the case | Status of the case |
|---|---|---|---|
| Case title | Court Name | | ☐ Pending |
| | Number   Street | | ☐ On appeal |
| | | | ☐ Concluded |
| Case number | City                State   ZIP Code | | |

---

**Part 11:    Give Details About Your Business or Connections to Any Business**

27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)
☐ A partner in a partnership
☐ An officer, director, or managing executive of a corporation
☐ An owner of at least 5% of the voting or equity securities of a corporation

☒ No. None of the above applies. Go to Part 12.
☐ Yes. Check all that apply above and fill in the details below for each business.

| | Describe the nature of the business | Employer identification number Do not include Social Security number or ITIN. |
|---|---|---|
| Business Name | | |
| | | EIN: __ __ - __ __ __ __ __ __ __ |
| Number   Street | Name of accountant or bookkeeper | Dates business existed |
| | | From _____ To _____ |
| City                State   ZIP Code | | |
| | Describe the nature of the business | Employer identification number Do not include Social Security number or ITIN. |
| Business Name | | |
| | | EIN: __ __ - __ __ __ __ __ __ __ |
| Number   Street | Name of accountant or bookkeeper | Dates business existed |
| | | From _____ To _____ |
| City                State   ZIP Code | | |

Debtor 1    Natashia T. Swindler
　　　　　First Name　　Middle Name　　　Last Name

Case number (if known) 3:17-bk-02469-PMG

| | |
|---|---|
| Business Name | Describe the nature of the business |
| Number   Street | |
| | Name of accountant or bookkeeper |
| City           State      ZIP Code | |

Employer identification number
Do not include Social Security number or ITIN.

EIN: __ __ − __ __ − __ __ __ __ __

Dates business existed

From _____ To _____

28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.

☒ No
☐ Yes. Fill in the details below.

| | Date issued |
|---|---|
| Name | ▦ / DD / YYYY |
| Number   Street | |
| City           State      ZIP Code | |

| Part 12: | Sign Below |
|---|---|

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

✗ _[signature]_    ✗ _____
Signature of Debtor 1        Signature of Debtor 2

Date 7/14/2017    Date _____

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?

☒ No
☐ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?

☐ No
☒ Yes. Name of person Sandra Baker _____ . Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Fill in this information to identify your case:

Debtor 1    Natashie T. Swindler
          First Name       Middle Name       Last Name

Debtor 2
(Spouse, if filing)  First Name       Middle Name       Last Name

United States Bankruptcy Court for the:    Middle    District of    Florida

Case number    3:17-bk-02469-PMG
(if known)

☐ Check if this is an amended filing

# Official Form 108

# Statement of Intention for Individuals Filing Under Chapter 7    12/15

If you are an individual filing under chapter 7, you must fill out this form if:
- creditors have claims secured by your property, or
- you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form.

If two married people are filing together in a joint case, both are equally responsible for supplying correct information.
Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

## Part 1:    List Your Creditors Who Have Secured Claims

1. For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name:<br><br>Description of property securing debt: | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>☐ Retain the property and [explain]: _____ | ☐ No<br>☐ Yes |
| Creditor's name:<br><br>Description of property securing debt: | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>☐ Retain the property and [explain]: _____ | ☐ No<br>☐ Yes |
| Creditor's name:<br><br>Description of property securing debt: | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>☐ Retain the property and [explain]: _____ | ☐ No<br>☐ Yes |
| Creditor's name:<br><br>Description of property securing debt: | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>☐ Retain the property and [explain]: _____ | ☐ No<br>☐ Yes |

| Debtor 1 | Natashia T. Swindler | | | Case number (if known) | 3:17-bk-02469-PMG |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 2:    List Your Unexpired Personal Property Leases

For any unexpired personal property lease that you listed in *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G), fill in the information below. Do not list real estate leases. *Unexpired leases* are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name: | ❏ No |
| | ❏ Yes |
| Description of leased property: | |
| | |
| Lessor's name: | ❏ No |
| | ❏ Yes |
| Description of leased property: | |
| | |
| Lessor's name: | ❏ No |
| | ❏ Yes |
| Description of leased property: | |
| | |
| Lessor's name: | ❏ No |
| | ❏ Yes |
| Description of leased property: | |
| | |
| Lessor's name: | ❏ No |
| | ❏ Yes |
| Description of leased property: | |
| | |
| Lessor's name: | ❏ No |
| | ❏ Yes |
| Description of leased property: | |
| | |
| Lessor's name: | ❏ No |
| | ❏ Yes |
| Description of leased property: | |

## Part 3:    Sign Below

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

x _____    x _____
Signature of Debtor 1                     Signature of Debtor 2

Date 01 / 14 / 2017                        Date _____
     MM / DD / YYYY                              MM / DD / YYYY

| | | |
|---|---|---|
| Debtor 1 | Natashia T. Swindler | |
| | First Name    Middle Name    Last Name | |
| Debtor 2 | | |
| (Spouse, if filing) | First Name    Middle Name    Last Name | |
| United States Bankruptcy Court for the: | Middle   District of   Florida | |
| Case number (If known) | 3:17-bk-02469-PMG | |

☒ 1. There is no presumption of abuse.

☐ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 122A–2).

☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☐ Check if this is an amended filing

## Official Form 122A—1

# Chapter 7 Statement of Your Current Monthly Income    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 122A-1Supp) with this form.

### Part 1:  Calculate Your Current Monthly Income

1. What is your marital and filing status? Check one only.

   ☒ Not married. Fill out Column A, lines 2-11.

   ☐ Married and your spouse is filing with you. Fill out both Columns A and B, lines 2-11.

   ☐ Married and your spouse is NOT filing with you. You and your spouse are:

      ☐ Living in the same household and are not legally separated. Fill out both Columns A and B, lines 2-11.

      ☐ Living separately or are legally separated. Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C. § 707(b)(7)(B).

Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|---|
| 2. | Your gross wages, salary, tips, bonuses, overtime, and commissions (before all payroll deductions). | $2804.82 | $_____ |
| 3. | Alimony and maintenance payments. Do not include payments from a spouse if Column B is filled in. | $_____ | $_____ |
| 4. | All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support. Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $_____ | $_____ |

5. Net income from operating a business, profession, or farm

| | Debtor 1 | Debtor 2 | | | |
|---|---|---|---|---|---|
| Gross receipts (before all deductions) | $_____ | $_____ | | | |
| Ordinary and necessary operating expenses | – $_____ | – $_____ | | | |
| Net monthly income from a business, profession, or farm | $_____ | $_____ | Copy here → | $_____ | $_____ |

6. Net income from rental and other real property

| | Debtor 1 | Debtor 2 | | | |
|---|---|---|---|---|---|
| Gross receipts (before all deductions) | $_____ | $_____ | | | |
| Ordinary and necessary operating expenses | – $_____ | – $_____ | | | |
| Net monthly income from rental or other real property | $_____ | $_____ | Copy here → | $_____ | $_____ |

7. Interest, dividends, and royalties                              $_____        $_____

| Debtor 1 | Natashia T. Swindler | Case number (if known) | 3:17-bk-02469-PMG |
|---|---|---|---|
| | First Name   Middle Name   Last Name | | |

| | | Column A Debtor 1 | Column B Debtor 2 or non-filing spouse |
|---|---|---|---|

8. **Unemployment compensation**                               $_____   $_____

    Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here: ..................... ↓

      For you..................................................................   $_____

      For your spouse....................................................   $_____

9. **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act.          $_____   $_____

10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism. If necessary, list other sources on a separate page and put the total below.

    Second Job                                           $ 880.00   $_____

    _____                                   $_____   $_____

    Total amounts from separate pages, if any.           + $_____   + $_____

11. **Calculate your total current monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.          $ 3,684.00 + $ 0 = | $ 3,684.00 |
|---|
| Total current monthly income |

---

**Part 2:** Determine Whether the Means Test Applies to You

12. **Calculate your current monthly income for the year.** Follow these steps:

  12a. Copy your total current monthly income from line 11. ............................................. Copy line 11 here➡   $ 3,684.00

      Multiply by 12 (the number of months in a year).                                         x 12

  12b. The result is your annual income for this part of the form.          12b.   $ 44,208.00

13. **Calculate the median family income that applies to you.** Follow these steps:

  Fill in the state in which you live.          Florida

  Fill in the number of people in your household.          3

  Fill in the median family income for your state and size of household. ...................................... 13.   $ 56,923.00

  To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

14. **How do the lines compare?**

  14a. ☒ Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.* Go to Part 3.

  14b. ☐ Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2.* Go to Part 3 and fill out Form 122A–2.

**Part 3:** Sign Below

  By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

  X *Natashia Swindler*                               X _____

    Signature of Debtor 1                                  Signature of Debtor 2

  Date 07 / 14 / 2017                                 Date _____

    MM / DD / YYYY                                        MM / DD / YYYY

  If you checked line 14a, do NOT fill out or file Form 122A-2.

  If you checked line 14b, fill out Form 122A–2 and file it with this form.