ORDERED.

Dated: August 24, 2017

_____
Paul M. Glenn
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                                           Case No: 17-02469-3G7

NATASHIA T. SWINDLER

_____ Debtors. /

**ORDER AUTHORIZING TRUSTEE TO EMPLOY
GORDON P. JONES AS ATTORNEY FOR THE ESTATE**

On the Application of the Trustee to Employ Gordon P. Jones as Attorney for the Estate, it is ORDERED:

1. The Application is Granted.

2. The Trustee is authorized to employ Gordon P. Jones as attorney for this estate.

3. Compensation will be determined later in accordance with the provisions of 11 U.S.C. §330.

Trustee, Gordon P. Jones, is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.