

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

08/30/2017 10:00 AM

COURTROOM 300 North Hogan Street

HONORABLE PAUL GLENN

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| 3:17-bk-02469-PMG | 7 | 07/03/2017 |

Chapter 7

**DEBTOR:**     Natashia Swindler

**DEBTOR ATTY:**     NA

**TRUSTEE:**     Gordon Jones

**HEARING:**

Application to Have the Filing Fee Waived Filed by Debtor   Doc #4

**APPEARANCES::**

Application to Have the Filing Fee Waived Filed by Debtor   Doc #4

 **RULING:** DENIED. O/JONES
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.