ORDERED.

Dated: September 05, 2017

Paul M. Glenn
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                                Case No: 17-02469-3G7
                                                                      Hearing: 8-30-17 at 10:00 am
NATASHIA T. SWINDLER

_____Debtor./

**ORDER DENYING TRUSTEE'S RESPONSE TO DEBTOR'S
APPLICATION FOR WAIVER OF THE CHAPTER 7 FILING FEE**

On the Trustee's Response to the Debtor's Application for Waiver of the Chapter 7 Filing Fee and after notice and hearing, it is ORDERED

1. The Trustee's Response to Debtor's Application for Waiver of the Chapter 7 Filing Fee is denied.
2. The Debtor's Application for Waiver of the Chapter 7 Filing Fee is approved.
3. The Chapter 7 filing fee and other fees scheduled by the Judicial Conference under 28 U.S.C. §§1930(b) and (c) are waived.

Trustee, Gordon P. Jones, is directed to serve a copy of this Order on interested parties and file a proof of service within three days of entry of the order.