**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In Re:

NATASHIA T. SWINDLER            CHAPTER 7
                                                  CASE NO.: 3:17-bk-02469-PMG
    Debtor.
_____/

**NOTICE OF APPEARANCE**

COMES NOW, Angelo Castaldi of Tripp Scott, P.A., and hereby files his Notice of Appearance as counsel of record for the Creditor, VT Inc. as Trustee of World Omni LT, in the above-styled case, and requests that the firm be provided copies of all pleadings filed herein and any notice of the matters arising in this action may be duly served on the undersigned at the following address:

                                                  TRIPP SCOTT, P.A.
                                                  Counsel for Creditor
                                                  110 SE 6th Street, 15th Floor
                                                  Fort Lauderdale, FL 33301
                                                  Angelo Castaldi, Esquire
                                                  bankruptcy@trippscott.com
                                                  Tel: 954-525-7500

                                                  /s/ *Angelo Castaldi, Esquire*
                                                  Angelo Castaldi, Esquire
                                                  FBN: 0119098

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY THAT a true and correct copy of the Notice of Appearance was provided by U.S. 1st Class or electronic mail to Natashia T. Swindler, 10846 Naples Ct. S., Jacksonville, FL 32218; Gordon P. Jones, P.O. Box 600459, Jacksonville, FL 32260; United States Trustee - JAX 13/7, Office of the United States Trustee, George C. Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801, on this 3rd day of October, 2017.

                                                  /s/ *Angelo Castaldi, Esquire*
                                                  Angelo Castaldi, Esquire