ORDERED.

Dated: October 26, 2017

Paul M. Glenn
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:
SWINDLER, NATASHIA T.     Case No. 17-02469-3G7
                          Hearing: 10-25-17 at 10:00 a.m.

                Debtor(s)        /

## ORDER ALLOWING ADMINISTRATIVE EXPENSES

This case came on for consideration of the Application for Attorney's Fee for Gordon P. Jones as Attorney for the Estate (docket 17). After notice and hearing, it is ORDERED:

1. The following expenses of administration which have not been paid are allowed, and the trustee is directed to pay these expenses pro rata to the person(s) so indicated.

| Application or Reason | Fees |
|---|---|
| Gordon P. Jones, Attorney for Trustee<br>Post Office Box 600459<br>Jacksonville, FL  32260-0459 | $757.68 |
| TOTAL COSTS OF ADMINISTRATION ORDERED PAID | $757.68 |

2. The Trustee has reported to the Court that no remaining assets are susceptible of liquidation and that any remaining assets are burdensome and should be abandoned. That abandonment is hereby authorized.

3. The Trustee shall file his Report of No Distribution.

Trustee Gordon P. Jones is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.