UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                                  Case No: 17-02469-3G7

NATASHIA T. SWINDLER
                                             Debtor(s)./

**PROOF OF SERVICE OF
ORDER ALLOWING ADMINISTRATIVE EXPENSES**

The Trustee, Gordon P. Jones, hereby certifies that the Order Allowing Administrative Expenses entered on October 26, 2017 (docket #29) was furnished via U.S. Mail, postage prepaid, on October 30, 2017 or by electronic transmission by the Bankruptcy Noticing Center, to the following:

Natashia T. Swindler
10846 Naples Ct. S.
Jacksonville, FL 32218-4494

United States Trustee - JAX 13/7
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801-2210

    */s/ Gordon P. Jones*
Gordon P. Jones
Florida Bar No.: 829439
Post Office Box 600459
Jacksonville, FL  32260-0459
(904) 262-7373
Trustee